473 F.2d 1389
 Robert B. YOUNG, Plaintiff-Appellant-Cross Appellee,
v.
CLEAR LAKE YACHT BASIN, INC., et al., Defendants-Appellees,
Utica Mutual Insurance Company et al.,
Intervenors-Appellees-Cross Appellants.
 No. 72-2967 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 7, 1973.
Rehearing Denied April 6, 1973.
 
 Warner F. Brock, Houston, Tex., for appellant.
 Jonathan Day, Eugene A. Cook, Houston, Tex., for Utica and others.
 James E. Ross, Thomas E. Giles, L. Glen Kratochvil, William E. Hall, Jr., John W. Lee, Houston, Tex., for defendants-appellees.
 Before BELL, GODBOLD and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Court, Young v. Clear Lake Yacht Basin, Inc., 337 F.Supp. 1305 (S.D.Tex. 1972).
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I